IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTIAN DWAYNE HILL,** | : CIVIL ACTION NO. 1:21-CV-2106 |
| Plaintiff | : |
| v. | : (Judge Conner) |
| **SGT. MAUL,** *et al.*, | : |
| Defendants | : |

# ORDER

AND NOW, this 24th day of April, 2024, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants motion to dismiss for failure to prosecute (Doc. 23) is GRANTED.

2. This case is DISMISSED with prejudice for plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania